## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DR. ADEKUNLE C. OMOYOSI, PHARMD, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-03315 |
| | § | |
| TEXAS HEALTH AND HUMAN SERVICES | § | |
| COMMISSION | § | |
| *Defendant.* | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 14, 2021 and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. It is further **ORDERED** that all claims dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) are **DISMISSED WITH PREJUDICE** and all claims dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** at Houston, Texas this **30th** day of June, 2021.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE