UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 13 2022

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| Dr. Adekunle C. Omoyosi, PharmD. | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:20-cv-03315 |
| | § | |
| Texas Health and Human Services | § | |
|    Commission, | § | |
|    Defendants. | § | |
| | § | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice, that as of March 11, 2022, I, Dr. Adekunle C. Omoyosi, PharmD., Plaintiff, pro se, have changed the address for service of notice and documents in the above-captioned case. The new address is as follows:

8515 Fondren Rd.,
Suite 210
Houston, Texas 77074

All notices and documents regarding action should be sent to the above address. Please note that the email address and phone number remain the same. Thank you.

Submitted respectfully,

Date: <u>2022-06-30</u>　　　　　　　　　　　　<u>/s/ Dr Adekunle C. Omoyosi, PharmD.</u>
　　　　　　　　　　　　　　　　　　　　　　Dr Adekunle C. Omoyosi, PharmD.
　　　　　　　　　　　　　　　　　　　　　　8515 Fondren Rd.,
　　　　　　　　　　　　　　　　　　　　　　Suite 210
　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77074